# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2016

*The Court of Appeals hereby passes the following order:*

## A17A0814. BRIAN C. LAVERNEZ v. CELIA A. LAVERNEZ.

Brian C. Lavernez and Celia A. Lavernez were divorced in 2006. Brian Lavernez filed a motion to modify his child support obligations. The trial court denied his motion. Lavernez thereafter filed a motion for new trial, which the trial court also denied. He now seeks to appeal the denial of his motion for new trial.

The Georgia Supreme Court has appellate jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Todd v. Todd*, 287 Ga. 250, 251-252 (1) (696 SE2d 323) (2010).  In Georgia, when the obligation to pay child support arises from a prior divorce proceeding, child support is a form of alimony. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513-514 (1) (690 SE2d 378) (2010); *Jones v. Jones*, 280 Ga. 712, 715-716 (2) (632 SE2d 121) (2006).  Because Lavernez's appeal of the child support order falls within the Supreme Court's jurisdiction, this appeal is hereby TRANSFERRED to the Supreme Court for resolution.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/20/2016*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*